AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**

MAR 2 4 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Michael Hagler | ) | Case No. 4:15 MJ 61 DDN |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12-1-2014 to 03-23-15  in the county of  St. Louis  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26, U.S.C. § 5861(c) and (d) | Possession of an unregistered "short-barreled" shotgun and unregistered machinegun |
| Title 18, U.S.C. § 922(g)(3) | Possession of firearms and ammunition by an unlawful user of controlled substances |
| Title 18, U.S.C. § 922(g)(9) | Possession of firearms and ammunition by person convicted of misdemeanor crime of assault within definition of a crime of domestic violence |
| Title 18, U.S.C. § 922(k) | Possession of firearm with serial number removed, obliterated, or altered |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Ankur Patel, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/24/2015

*Judge's signature*

City and state:  St. Louis, Missouri   Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*